IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT WADE DEAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMIE MICHELS and KATIE DONATH,<br><br>　　　　Defendants. | CV 17-00064-BU-BMM-JCL<br><br><br>ORDER |

Pending before the Court is Plaintiff Robert Dean's Motion for Order to Produce Documents. (Doc. 8.) On September 9, 2017, this Court issued an Order finding that Dean's Complaint, as currently plead, failed to state a claim. He was given an opportunity to file an amended complaint.

In his current motion, Dean argues he has documents which chronicle the alleged violations of his rights. When he was moved to MASC, he was separated from these documents. He argues that in order to satisfactorily amend and prosecute his complaint with sufficient detail and accuracy, he must be in possession of these documents. (Doc. 9.)

The Supreme Court has cautioned federal courts to not interfere with the day-to-day operations of the prisons, especially those things related to security, a

1

task which is best left to prison officials who have particular experience in dealing with prisons and prisoners. *See Turner v. Safley*, 482 U.S. 78 (1987); *Wright v. Rushen*, 642 F.2d 1129, 1132 (9th Cir. 1981) (courts should "avoid enmeshing themselves in the minutiae of prison operations").

The Court has screened Dean's Complaint and found that he did not identify the particular program or programs at issue or the specific medical conditions which he suffers that were disclosed. (Doc. 6 at 4.) Dean need not provide exact details in any amended complaint, he simply needs to explain what information was provided and to whom. Dean needs to clarify whether the dissemination of his private information was done to determine if he was capable of complying with a rehabilitative program. *See Seaton v. Mayberg*, 610 F.3d 530, 534 (9th Cir. 2010). Dean has not indicated how he is unable to make these allegations without access to the documents at issue.

ACCORDINGLY, IT IS HEREBY ORDERED THAT Dean's Motion for Order to Produce Documents (Doc. 8) is DENIED.

DATED this 28th day of September, 2017.

       /s/ Jeremiah C. Lynch
       Jeremiah C. Lynch
       United States Magistrate Judge